■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS LUDWIK FURTAK, Appellant.— Appeal unanimously dismissed. Memorandum:

The order is not appealable; it does not fall within the provisions of section 517 of the Code of Criminal Procedure and there is no other statutory authority for the appeal. (*People* v. *Parker*, 28 A D 2d 1121; *People* v. *Pilon*, 27 A D 2d 688; *People* v. *Finney*, 20 A D 2d 661; *People* v. *Moore*, 18 A D 2d 616.) Furthermore, if the order were appealable, we would affirm on the ground that the papers sought are not relevant to an appeal from an order denying a motion to suppress evidence made after a judgment of conviction has been affirmed. (Appeal from order of Steuben County Court denying, without a hearing, motion for free papers.) Present — Goldman, J. P., Del Vecchio, Marsh, Witmer and Henry, JJ.